# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ASHLEY MILLER, | Case No. 3:20-cv-309 |
| Plaintiff, | |
| vs. | Magistrate Judge Peter B. Silvain, Jr. |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

## ORDER

This case is presently before the Court upon the parties' Joint Motion to Remand. The parties move for entry of judgment reversing the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), with remand of the cause to the Commissioner for further administrative proceedings consistent with this motion. Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act and then issue a new decision.

Accordingly, this matter shall be remanded back to the Commissioner for further administrative proceedings, pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. §405(g).

**IT IS SO ORDERED.**

July 2, 2021
*s/ Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge